Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Corrie Soltero

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CORRIE SOLTERO,<br><br>   Plaintiff,<br><br> vs.<br><br>KOHL'S DEPARTMENT STORES, INC.; et. al.,<br><br>   Defendants. | Case No.: 2:18-CV-00364-MCE-DB<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT KOHL'S DEPARTMENT STORES, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Corrie Soltero and defendant Kohl's Department Stores, Inc. ("Kohl's"), that Kohl's be dismissed from this action *without prejudice* pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  May 4, 2018                              **SAGARIA LAW, P.C.**

                                                 By:    */s/ Elliot W. Gale*
                                                 Elliot W. Gale
                                                 Attorneys for Plaintiff
                                                 Corrie Soltero

DATED:  May 4, 2018                              **KELLEY DRYE & WARREN, LLP**

                                                 By:    */s/ Sarah Diamond*

                                                 Sarah Diamond
                                                 Attorneys for Defendant
                                                 KOHL'S DEPARTMENT STORES, INC.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Sarah Diamond has concurred in this filing.

*/s/ Elliot Gale*